UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANI SCHEFF, plaintiff as parent and natural guardian of A.S.; and
CHANI SCHEFF, Individually;

                              Plaintiffs,

                -v-

DAVID C. BANKS, in his official capacity as the Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendants.

22 Civ. 7579 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On October 3, 2022, the Court held a hearing in this case regarding Plaintiffs' motion for injunctive relief. *See* Dkts. 1, 5, 7. For the reasons reflected in the transcript of the hearing, the Court denies plaintiffs' motion for injunctive relief, and directs the parties to file a joint status report by December 1, 2022.

        SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: October 3, 2022
           New York, New York