UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANI SCHEFF, *individually and as a Parent and Natural Guardian of A.S.*,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *and* DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*,

                Defendant.

22 Civ. 7579 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The parties' respective motion and cross-motion for summary judgment are pending before the Court in the above-captioned case. Dkks. 43, 45. The parties have filed the entire certified administrative record under seal. To further public access, the Court orders the parties to file by June 20, 2023, the State Review Officer decision, which does not include identifying information as to the student, on the docket of the above-captioned case. The Court orders the parties also to file, on the docket of this case, a redacted version of the certified administrative record by June 23, 2023.

    SO ORDERED.

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge

Dated: June 15, 2023
       New York, New York