UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANI SCHEFF, *individually and as a Parent and Natural Guardian of A.S.*,

                      Plaintiff,

        -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *and* DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*,

                      Defendant.

22 Civ. 7579 (PAE)

FINAL JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

    WHEREAS on June 27, 2023, the Court granted defendants' cross-motion for summary judgment in its entirety, and denied plaintiffs' motion for summary judgment, Dkt. 57;

    WHEREAS, as directed by the Court, the parties have jointly confirmed that there are no outstanding issues requiring the Court's resolution, Dkt. 58;

    NOW THEREFORE, pursuant to Fed. R. Civ. P. 56 and 58, and upon all of the rulings and proceedings in this matter, the Court hereby enters Final Judgment in accordance with its prior Opinions, Orders, and rulings, and grants defendants' summary judgment motion at docket 45 in its entirety.[1] The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: July 5, 2023
       New York, New York

---

[1] The Court recognizes that an appeal of its denial of plaintiffs' motion for a preliminary injunction is pending. *See* Dkt. 22. In the event that this decision were vacated, the Court would, upon request, reopen this case.