UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANI SCHEFF, *as parent and natural guardian of A.S.*,

                              Plaintiff,

            -v-

DAVID C. BANKS,

                             Defendant.

22 Civ. 7579 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 29, 2024, the Second Circuit dismissed plaintiff's appeal as moot because "the core issue that originally divided the parties in the appeal"—whether the New York City Department of Education was required to pay A.S.'s placement at iBRAIN for the 2022–2023 school year—"is no longer a live one." Dkt. 68 at 6. It remanded the case to this Court with instructions to dismiss the complaint as moot. *Id.* at 9. The Court hereby dismisses the amended complaint as moot. The Court of Clerk is respectfully directed to close the case.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: September 5, 2024
      New York, New York